**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JANE HITT,            ) | |
|            ) | |
|       Plaintiff,       ) | |
|            ) | |
|      v.            ) | No. 4:23CV1277 HEA |
|            ) | |
| MHM SUPPORT SERVICES D/B/A  ) | |
| MERCY HOSPITAL EAST      ) | |
| COMMUNITIES, MERCY HOSPITAL ) | |
| EAST COMMUNITIES D/B/A MERCY ) | |
| HOSPITAL ST. LOUIS, and MERCY  ) | |
| HOSPITAL ST. LOUIS,      ) | |
|            ) | |
|       Defendants.    ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants and against Plaintiff.

Dated this 31st day of July, 2025.

 

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE